**Opinion filed May 23, 2013**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-12-00132-CR & 11-12-00133-CR

_____

## CAMERON JARELL SMITH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 29th District Court**

**Palo Pinto County, Texas**

**Trial Court Cause Nos. 14640 & 14641**

### M E M O R A N D U M   O P I N I O N

Cameron Jarell Smith has filed in this court motions to withdraw his notices of appeal and dismiss his appeals. Pursuant to TEX. R. APP. P. 42.2, the motions are signed by both Appellant and his counsel.

The motions are granted.  Appellant's notices of appeal are withdrawn, and the appeals are dismissed.

PER CURIAM

May 23, 2013

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.